Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

*Attorney for Plaintiff*
*Paul Jon Chervinko*

Christopher M. Ahearn (Cal. Bar No. 239089)
Federal Express Corporation – Legal Dept.
3620 Hacks Cross Rd. – Bldg. B-3
Memphis, TN 38139
Telephone: 901-275-7015
Email: christopher.ahearn@fedex.com

*Attorney for Defendant*
*Federal Express Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL JON CHERVINKO,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | Case No. 2:26-cv-01965-WBS-CSK<br><br>*Assigned to:*<br>*Hon. William B. Shubb,*<br>*Ctrm 5, 14th Floor*<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING SETTLEMENT NEGOTIATIONS**<br><br>Compl.: May 29, 2026<br>Trial: None Set |

**STIPULATION**

Plaintiff Paul Jon Chervinko and Defendant Federal Express Corporation s/b/m FedEx Ground Package System, Inc. hereby stipulate as follows:

1. This case was filed on May 29, 2026.

2. FedEx waived service of the Complaint on June 9, 2026, but has not yet responded to the Complaint.

3. The parties have begun engaging in substantive settlement discussions for this and other cases and have recently agreed to engage in mediation on August 31, 2026.

4. The parties believe that these discussions present a reasonable opportunity for resolution of this case.

5. Because of that belief, Plaintiff prefers to conserve resources while the parties are exploring potential settlement.

6. A stay of all proceedings during the pendency of these discussions will facilitate a productive settlement dialogue and preserve the parties' and the Court's resources.

7. Defendant Federal Express Corporation's deadline to answer or otherwise respond to the Complaint (if needed) should be extended until forty-five (45) days after termination of the stay.

9. The parties agree that they will not be prejudiced by the brief stay requested by this motion.

10. By no later than September 30, 2026, Plaintiff shall file a status report updating the Court on the status of their settlement discussions and requesting that the stay either be extended or lifted.

**IT IS SO STIPULATED**.

Dated: August 3, 2026

*/s/Shannon Liss-Riordan*

Shannon Liss-Riordan (SBN 310719)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
Telephone: 617.994.5800
Email: sliss@llrlaw.com

*Attorney for Plaintiff*
*Paul Jon Chervinko*

Dated: August 3, 2026

*/s/ Christopher M. Ahearn*

Christopher M. Ahearn (Cal. Bar No. 239089)
Federal Express Corporation – Legal Dept.
3620 Hacks Cross Rd. – Bldg. B-3
Memphis, TN 38139
Telephone: 901-275-7015
Email: christopher.ahearn@fedex.com

*Attorney for Defendant*
*Federal Express Corporation*

**ORDER**

The Court having reviewed the parties' Stipulation, and for good cause appearing, hereby orders as follows:

1. This matter is stayed pending settlement negotiations until September 30, 2026.

2. Defendant Federal Express Corporation's deadline to answer or otherwise respond to the Complaint (if needed) is extended until forty-five (45) days after termination of the stay.

3. By no later than September 30, 2026, Plaintiff shall file a status report updating the Court on the status of their settlement discussions and requesting that the stay either be extended or lifted.

4. The Initial Scheduling Conference currently set for October 5, 2026 is RESET for December 14, 2026 at 1:30 pm.

**IT IS SO ORDERED**.

Dated: August 3, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, I caused a true and correct copy of the foregoing to be served on Counsel for Defendants by electronic mail:

James P. Angelo (PA ID #306430)
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA 15108
Telephone: 412.834.2083
Email: james.angelo@fedex.com

Joseph P. McHugh (PA ID #77489)
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA 15108
Telephone: 412.859.5917
Email: joseph.mchugh@fedex.com

Christopher M. Ahearn (TN BPR No. 040043)
Federal Express Corporation
3620 Hacks Cross Rd., Bldg. B-3
Memphis, TN 38125
Telephone: 901.275.7015
Email: christopher.ahearn@fedex.com

Jessica Scott (CO Bar #37287)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, #4500
Denver, Colorado 80202
Telephone: 303.244.1800
Email: scott@wtotrial.com

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan