Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

*Attorney for Plaintiff*

Frederic G. Nicola (SBN 309647)
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 1100
Irvine, California 92614
Telephone: 949.862.4610
Facsimile: 901.492.5641
Email: frederic.nicola@fedex.com

Christopher M. Ahearn (SBN 239089)
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Bldg B, 3rd Floor
Memphis, TN 38125
Telephone: 901.434.8404
Facsimile: 901.492.5641
Email: christopher.ahearn@fedex.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL JON CHERVINKO,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | Case No. 2:26-cv-01965-WBS-CSK<br><br>*Assigned to:*<br>*Hon.* William B. Shubb, Ctrm. 5, 14th Floor<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANT'S RESPONSE TO COMPLAINT** |

Pursuant to Civil Local Rule 143, Plaintiff Paul Jon Chervinko and Defendant Federal Express Corp. ("FedEx") hereby stipulate as follows:

WHEREAS, this case is one of more than 240 nearly identical FLSA cases recently filed by Plaintiff's counsel against FedEx (and one of nearly 11,000 such cases filed nationally), following the decertification of a national collective action, *Claiborne v. FedEx Ground Package System, Inc.*, No. 18-cv-1698 (W.D. Pa.), and the refiling of those cases in the Districts in which the plaintiff drivers worked;

WHEREAS, the above-captioned action is the first-filed such case in this District ;

WHEREAS, FedEx's deadline to respond to Plaintiff's complaint is currently Friday, November 20, 2026, pursuant to the Court's October 7, 2026 order (ECF 009);

WHEREAS, FedEx intends to respond to the complaint by filing a Rule 12(b)(6) motion to dismiss;

WHEREAS, Plaintiff disputes whether FedEx's filing of a Rule 12(b)(6) motion is appropriate at this stage, and intends to raise this argument with the Court;

WHEREAS, on November 11, 2026, Plaintiff's counsel filed a motion (ECF 010) in the above-captioned action, requesting that the Court relate or consolidate all 242 cases against FedEx and reassign them to the Hon. William B. Shubb (who is presiding over this action), including this case;

WHEREAS, pursuant to Civil Local Rule 230(c), FedEx's opposition to the motion to consolidate is due on November 25, 2026;

WHEREAS, FedEx intends to oppose the motion to consolidate, at least in part;

NOW, WHEREFORE, the parties hereby jointly stipulate and agree to STAY the deadline for FedEx to respond to the complaint in this action, while Plaintiff's counsel's request for consolidation within this District remains pending. The parties will meet and confer regarding a briefing schedule for Defendant's Rule 12(b)(6) motion upon resolution of that request for consolidation.

Dated: November 23, 2026

Respectfully submitted,


*<u>/s/ Shannon Liss-Riordan</u>*
Shannon Liss-Riordan (SBN 310719)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
Telephone: 617.994.5800
Email: sliss@llrlaw.com

*Attorney for Plaintiff*

*<u>/s/ Frederic G. Nicola</u>*
Frederic G. Nicola (SBN 309647)
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 1100
Irvine, California 92614
Telephone: 949.862.4610
Facsimile: 901.492.5641
Email: frederic.nicola@fedex.com

Christopher M. Ahearn (SBN 239089)
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Bldg B, 3rd Floor
Memphis, TN 38125
Telephone: 901.434.8404
Facsimile: 901.492.5641
Email: christopher.ahearn@fedex.com

*Attorneys for Defendant*


**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2026, I caused a true and correct copy of the foregoing to be filed with the Court's CM/ECF system, which constitutes service on Defendant, whose counsel are registered participants on that system.



Ava Baghai

**ORDER**

**PURSUANT TO THE STIPULATION, THE COURT HEREBY ORDERS AS FOLLOWS:**

(1) FedEx's deadline to respond Plaintiff's pending complaint is STAYED pending the outcome of Plaintiff's counsel's request for consolidation.

(2) The parties will meet and confer to regarding a briefing schedule upon resolution of the motion to consolidate.

**IT IS SO ORDERED.**

Dated: November 23, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE